UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION
* * * * * * * *

IN RE:  Case No. DK 14-04520
(Chapter 7 filed 7/2/14)

BETTY J. TAYLOR

HON.   SCOTT W. DALES
Debtor.  Bankruptcy Judge

_____/

## REPORT OF SALE OF REAL PROPERTY

Thomas C. Richardson, Trustee, pursuant to LBR 6004(b), for his report of sale of real property states as follows:

1. That the Debtor filed a Chapter 7 proceeding herein on July 2, 2014.

2. That pursuant to the Order Confirming Sale of Real Estate Pursuant to §363(b) entered on January 25, 2017, the Trustee was authorized to sell real estate located at 2815 Gull Road, Kalamazoo, Michigan.

3. Trustee sold the real estate on May 18, 2018 to Gurmukh Singh for $90,000.00. After deducting Advia mortgage, the realtor's commission, real estate taxes and other costs of sale, the Trustee received a net check in the sum of $21,763.63. A copy of the Seller's Settlement Statement is attached.

Dated: 5/18/18   By:  /s/
Thomas C. Richardson (P31750), Trustee
P.O. Box 51067
Kalamazoo, MI   49005-1067
(269) 349-7415