| American Land Title Association | ALTA Settlement Statement - Seller |
|---|---|
| | Adopted 05-01-2015 |

| | |
|---|---|
| **File No./Escrow No.:** 704298<br>**Print Date & Time:** 05/17/18 1:29 PM<br>**Officer/Escrow Officer:** Melissa A. Bruley<br>**Settlement Location:** Devon Title Agency - Portage<br>800 E Milham, Suite 201<br>Portage, MI 49002 | Devon Title Agency<br>**ALTA Universal ID:** 1033891<br>1680 Crooks Road<br>Troy, MI 48084  |

| | |
|---|---|
| **Property Address:** | 2815 Gull Road<br>Kalamazoo, MI 49048 |
| **Buyer:** | Gurmukh Singh<br>317 Minges Hills Drive<br>Battle Creek, MI 49015 |
| **Seller:** | The Betty J. Taylor Family Living Trust, dated December 06, 2005<br>8791 N 27th Street<br>Richland, MI 49083 |
| **Lender:** | Cash Sale |
| **Settlement Date:** | 05/18/2018 |
| **Disbursement Date:** | 05/18/2018 |
| **Additional dates per state requirements:** | |

| Description | Seller | |
|---|---|---|
| | Debit | Credit |
| **Financial** | | |
| Sale Price of Property | | $90,000.00 |
| | | |
| **Prorations/Adjustments** | | |
| City Property Taxes from 01/01/2018 to 05/18/2018 | $614.25 | |
| County Property Taxes from 01/01/2018 to 05/18/2018 | $377.16 | |
| | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Closing Fee to Devon Title Agency | | |
| Title - Overnight Courier/Outgoing Wire Fee(s) to Devon Title Agency | $25.00 | |
| Title - Owner's Title Insurance $671.50 to Devon Title Agency | $671.50 | |
| | | |
| **Commission** | | |
| Real Estate Commission - Listing to O'Brien Real Estate Inc | $9,000.00 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Recording Fee (Deed) to Kalamazoo County Register of Deeds | | |
| Transfer Tax to Kalamazoo County Register of Deeds | $774.00 | |

Copyright 2015 American Land Title Association.
All rights reserved.

File # 704298
Printed on: 05/17/18 1:29 PM

| Description | Seller | |
|---|---|---|
| | **Debit** | **Credit** |
| County Tax Clearance to Kalamazoo County Treasurer | | |
| Recording Fee - Bankruptcy Order to Kalamazoo County Register of Deeds | $30.00 | |
| | | |
| **Payoff(s)** | | |
| Lender:          Payoff of First Mortgage Loan to Advia Credit Union          $50,095.32 | | |
| Total ($50,095.32) | $50,095.32 | |
| | | |
| **Miscellaneous** | | |
| 2016 Delinquent Taxes: 3906-01-380-081 to Kalamazoo County Treasurer | $3,595.50 | |
| 2017 Delinquent Taxes: 3906-01-380-081 to Kalamazoo County Treasurer | $2,934.77 | |
| Invoice - Water/Sewer Usage Acct. #GCJ00281503 to Kalamazoo City Treasurer/Dept of Public Works | $118.87 | |
| | | |
| | Seller | |
| | **Debit** | **Credit** |
| **Subtotals** | $68,236.37 | $90,000.00 |
| Due To Seller | $21,763.63 | |
| **Totals** | $90,000.00 | $90,000.00 |

Copyright 2015 American Land Title Association.
All rights reserved.

File # 704298
Printed on: 05/17/18 1:29 PM

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Devon Title Agency to cause the funds to be disbursed in accordance with this statement.

Thomas C. Richardson, Bankruptcy Trustee of
the Estate of Betty Taylor, a Chapter 7 Debtor

_____          _____
Melissa A. Bruley                                        Date