# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-04520 SWD  
**Case Name:** TAYLOR, BETTY J  

**Period Ending:** 05/18/18

**Trustee:** (420390)  Thomas C. Richardson  
**Filed (f) or Converted (c):** 07/02/14 (f)  
**§341(a) Meeting Date:** 08/12/14  
**Claims Bar Date:** 03/29/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Advia Credit Union-Checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 2 | General-nothing worth over 475.00 | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Used clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2009 cadillac | 18,000.00 | 0.00 | | 0.00 | FA |
| 5 | Avoidable transfers (u) | Unknown | 80,000.00 | | 0.00 | 56,000.00 |
| 6 | Tax Refunds (u) | Unknown | 600.00 | | 0.00 | FA |
| 7 | 2815 Gull Road, Kalamazoo, MI  49048<br>Debtor had transferred this property to her trust.  Sold 5/18/18 per B'cy Ct Order for $90,000; netted $21,763.63 after paying Adiva mortgage and costs of sale. | 0.00 | 90,000.00 | | 90,000.00 | FA |
| 7 | **Assets**    **Totals**  (Excluding unknown values) | **$21,500.00** | **$170,600.00** | | **$90,000.00** | **$56,000.00** |

**Major Activities Affecting Case Closing:**

5/18/18  sale of Gull Road property closed   5/14/18  email from realtor that daughter has moved out; closing of sale Friday   5/4/18  meeting w/ David Shafer re settlement    4/17/18   emails w/ LV re dismissal of Michael Taylor from AP    4/11/18  Notice to Quit sent to debtor's daughter by LV   4/9/18   email from D Shafer re case status and settlement possibilities   4/3/18   email from LV re documentation previously requested from debtor and now provided to support Michael Taylor's assertions that he should be dismissed from the AP    4/2018   numerous emails w/ realtor and LV about whether daughter has moved out of Gull Road house; she is supposedly buying a mobile home   3/15/18  attended hearing in 8th District Ct re reinstatement of eviction proceedings against debtor's daughter; motion to reinstate denied   2/21/18  email from realtor O'Brien that debtor dismissed eviction when daughter agreed to move out   2/16/18  attend PT Conf   2/15/18   emails w/ LV re trying to negotiate settlement w/ atty Bingen    2/13/18  tc L Vermerris re settlement; email from LV to M Bingen re settlement    1/26/18  email from LV re settlement discussions w/ atty Bingen    1/19/18   tc L Vermerris re settlement concepts; debtor gave daughter 7 day notice to quit so can close sale;  debtor settled objection to claim  (at $20,000)    12/27/17   tc realtor O'Brien re can close once daughter is out    12/4/17   liquor license for Gull Road property approved by MLLC; closing of sale to be set soon    11/16/17  observe hearing on debtor's objection to claim   9/28/17  d'or filed obj to claim #4    8/23/17  attend PT Conf.  6/9/17  await LCC approval of sale

Printed: 05/18/2018 03:05 PM    V.14.00

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-04520 SWD  
**Case Name:** TAYLOR, BETTY J  

**Period Ending:** 05/18/18

**Trustee:** (420390) Thomas C. Richardson  
**Filed (f) or Converted (c):** 07/02/14 (f)  
**§341(a) Meeting Date:** 08/12/14  
**Claims Bar Date:** 03/29/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

5/22/17  LT d'or for 2014 tax returns   3/6/17  emf realtor O'Brien re liquor license apllication pending; possible problem with church nearby   2/2/17  LT debtor from Ver Merris re status   1/25/17  Order Confirming Sale of 2815 Gull Road, etc.   1/24/17  attend hearing in B'cy Ct   12/28/16  selling debtor's Gull Road house for $90,000 per agreement with debtor   10/10/16  attn CMA's re houses; emails w/ realtor & atty Ver Merris   6/15/16  Complaint for recovery of fraudulent transfers filed   3/14/16  J Alexander LT McCully re setltement   3/10/16  tc Atty Alexander re status & strategy   1/9/16  e-m'd McCully for 2014 tax returns   12/4/15  tc Atty Alexander re transfers; tc realtor Pat O'Brien re houses11/16/15  emf J Alexander re dcos11/12/15  tc J Alesander   10/9/15  e-m J Alexander re status   9/27/15  Order appointing counsel   7/23/15  retained J Alexander to handle trust issues   4/10/15  f/u e-m to J Alexander   3/12/15  e-m's w/ atty J Alexancer re trust issues   1/2/15  LT McCully re transfers   12/24/14 - review docs; 10/16/14 - follow-up e-mail to J. McCully re docs; 9/9/14 - e-mail J. McCully re checks/debits; 8/12/14 - conduct 341 meeting.

**Initial Projected Date Of Final Report (TFR):**  July 1, 2015                   **Current Projected Date Of Final Report (TFR):**  September 1, 2018

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-04520 SWD | | Trustee: | Thomas C. Richardson (420390) |
|---|---|---|---|---|
| Case Name: | TAYLOR, BETTY J | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2366 - Checking Account |
| Taxpayer ID #: | **-***8325 | | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 05/18/18 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/18 | | Devon Title Agency | Sale of 2815 Gull Road | | 21,763.63 | | 21,763.63 |
| | | | City Property Taxes  -614.25  1/1/18-5/18/18 | 2500-000 | | | 21,763.63 |
| | | | County Property Taxes  -377.16  1/1/18-5/18/18 | 2500-000 | | | 21,763.63 |
| | {7} | | Sale of 2815 Gull Road  90,000.00 | 1110-000 | | | 21,763.63 |
| | | | Overnight Courier  -25.00 | 2500-000 | | | 21,763.63 |
| | | | Title Insurance  -671.50 | 2500-000 | | | 21,763.63 |
| | | | Commission to O'Brien Real Estate  -9,000.00 | 3510-000 | | | 21,763.63 |
| | | | Transfer Tax  -774.00 | 2500-000 | | | 21,763.63 |
| | | | Recording Fee  -30.00 | 2500-000 | | | 21,763.63 |
| | | | Payoff Advia Credit Union Mortgage  -50,095.32 | 4110-000 | | | 21,763.63 |
| | | | 2016 Property Taxes  -3,595.50 | 2820-000 | | | 21,763.63 |
| | | | 2017 Property Taxes  -2,934.77 | 2820-000 | | | 21,763.63 |
| | | | Water/Sewer Invoice  -118.87 | 2420-000 | | | 21,763.63 |
| | | | **ACCOUNT TOTALS** | | 21,763.63 | 0.00 | **$21,763.63** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 21,763.63 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,763.63** | **$0.00** | |

{} Asset reference(s)

Printed: 05/18/2018 03:05 PM     V.14.00

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-04520 SWD | | Trustee: | Thomas C. Richardson (420390) |
|---|---|---|---|---|
| Case Name: | TAYLOR, BETTY J | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2366 - Checking Account |
| Taxpayer ID #: | **-***8325 | | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 05/18/18 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 21,763.63 Plus Gross Adjustments : 68,236.37 Net Estate : $90,000.00 | **TOTAL - ALL ACCOUNTS** | | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| | | | Checking # ******2366 | | 21,763.63 | 0.00 | 21,763.63 |
| | | | | | $21,763.63 | $0.00 | $21,763.63 |

{} Asset reference(s)