UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BETTY J. TAYLOR,

          Debtor.
_____/

Case No. DK 14-04520
Hon. Scott W. Dales
Chapter 7

ORDER REGARDING SETTLEMENT OF CLAIM OBJECTION

PRESENT:    HONORABLE SCOTT W. DALES
                       Chief United States Bankruptcy Judge

On June 8, 2018 in Kalamazoo, Michigan, and after several adjournments, the parties, through counsel, appeared in court for a status conference regarding chapter 7 debtor Betty J. Taylor's Objection to Claim #4 Filed by West Century Center, LLC (ECF No. 64, the "Claim Objection").

At the hearing, the parties put their settlement on the record. The settlement, easily summarized, requires West Century Center, LLC to file an amended proof of claim for $22,000.00, as an unsecured claim. Upon the filing of the amended proof of claim, Ms. Taylor will withdraw the Claim Objection.

During the hearing, counsel for the chapter 7 trustee ("Trustee") advised the court that the Trustee anticipates reaching his own settlement with Ms. Taylor in the coming weeks which will pay administrative claims in full, and fund a dividend of 100% plus interest under 11 U.S.C. § 726. A spokesman for Ms. Taylor, in her presence, reported that she has obtained financing and can fund her imminent settlement with the Trustee on short notice.

To assist the parties in bringing this case to its conclusion, the court has determined to enter this Order regarding the Claim Objection.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

(1) Within fourteen days after entry of this Order, West Century Center, LLC shall file an amended Proof of Claim to reflect an unsecured claim in the amount of $22,000.00, and serve the same on Ms. Taylor and her counsel;

(2) Seven days after the filing of the amended proof of claim just described, the Claim Objection will be DEEMED WITHDRAWN unless Betty J. Taylor files a request for hearing on the Claim Objection and amended Proof of Claim before the expiration of the seven day period.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon Betty J. Taylor, Nicholas J. Spigiel, Esq., Thomas C. Richardson., Esq., chapter 7 trustee, Larry A. Ver Merris, Esq., and the United States Trustee (by First Class U.S. Mail).

END OF ORDER

**IT IS SO ORDERED.**

**Dated June 12, 2018**

Scott W. Dales
United States Bankruptcy Judge