United States Bankruptcy Court
Western District of Michigan

In re:                                                              Case No. 14-04520-swd
Betty J Taylor                                                      Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0646-1           User: lindstrom              Page 1 of 1              Date Rcvd: Jun 13, 2018
                               Form ID: pdf014              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db             +Betty J Taylor,    8791 N27th,    Richland, MI 49083-9735
aty            +Larry A. Ver Merris,    Damon, Ver Merris, Boyko & Witte, PLC,    825 Parchment Drive SE,
                 Suite 100,    Grand Rapids, MI 49546-2382
aty             Nicholas J. Spigiel,    Kreis, Enderle, Hudgins & Borsos, PC,    PO Box 4010,
                 Kalamazoo, MI  49003-4010
tr              Thomas C. Richardson,    PO Box 51067,    Kalamazoo, MI  49005-1067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
              A. Todd Almassian    on behalf of Mediator A. Todd  Almassian ecf@kalawgr.com
              Joseph C McCully, Jr.    on behalf of Debtor Betty J Taylor joemccully@hotmail.com,
               joemccully@yahoo.com
              Larry A. Ver Merris    on behalf of Trustee Thomas C. Richardson lav@dvbwlaw.com,
               larry.vermerris@gmail.com
              Larry A. Ver Merris    on behalf of Plaintiff Thomas C. Richardson lav@dvbwlaw.com,
               larry.vermerris@gmail.com
              Michael C. Bingen    on behalf of Debtor Betty J Taylor mcb@michaelbingen.com,
               ashlee@michaelbingen.com
              Nicholas J. Spigiel    on behalf of Creditor    West Century Center, LLC nspigiel@kreisenderle.com,
               aharder@kreisenderle.com
              Thomas C. Richardson    bankruptcy@lewisreedallen.com, mi36@ecfcbis.com
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

BETTY J. TAYLOR,

          Debtor.

_____/

Case No. DK 14-04520
Hon. Scott W. Dales
Chapter 7

ORDER REGARDING SETTLEMENT OF CLAIM OBJECTION

PRESENT:   HONORABLE SCOTT W. DALES
                 Chief United States Bankruptcy Judge

On June 8, 2018 in Kalamazoo, Michigan, and after several adjournments, the parties, through counsel, appeared in court for a status conference regarding chapter 7 debtor Betty J. Taylor's Objection to Claim #4 Filed by West Century Center, LLC (ECF No. 64, the "Claim Objection").

At the hearing, the parties put their settlement on the record. The settlement, easily summarized, requires West Century Center, LLC to file an amended proof of claim for $22,000.00, as an unsecured claim. Upon the filing of the amended proof of claim, Ms. Taylor will withdraw the Claim Objection.

During the hearing, counsel for the chapter 7 trustee ("Trustee") advised the court that the Trustee anticipates reaching his own settlement with Ms. Taylor in the coming weeks which will pay administrative claims in full, and fund a dividend of 100% plus interest under 11 U.S.C. § 726. A spokesman for Ms. Taylor, in her presence, reported that she has obtained financing and can fund her imminent settlement with the Trustee on short notice.

To assist the parties in bringing this case to its conclusion, the court has determined to enter this Order regarding the Claim Objection.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

(1) Within fourteen days after entry of this Order, West Century Center, LLC shall file an amended Proof of Claim to reflect an unsecured claim in the amount of $22,000.00, and serve the same on Ms. Taylor and her counsel;

(2) Seven days after the filing of the amended proof of claim just described, the Claim Objection will be DEEMED WITHDRAWN unless Betty J. Taylor files a request for hearing on the Claim Objection and amended Proof of Claim before the expiration of the seven day period.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon Betty J. Taylor, Nicholas J. Spigiel, Esq., Thomas C. Richardson., Esq., chapter 7 trustee, Larry A. Ver Merris, Esq., and the United States Trustee (by First Class U.S. Mail).

END OF ORDER

**IT IS SO ORDERED.**

**Dated June 12, 2018**

Scott W. Dales
United States Bankruptcy Judge